Emergency Hearing Request

Was locked out w/ 3 children. Unaware of past two hearings. Property is being shown and we are displaced.

Pls respond to motion letter to Hon. A. Chen as I need to answer a motion of prior attorney wanting off the file.

Docket # 19-14-223-AMC

Jimmie Lyons
2322 Benson St
Phila, PA 19152

267-249-7651

Wrote letter to Chen, Ashley Honorable asking for emergency hearing after lockout and was told attorney attended 2 hearings without my knowledge or consent.

On 4-1 & 6-22 unbeknownst to me.

Pls call me @ 267-249-7651 267-276-3279