## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JAMMIE M LYANI, | ) | CASE NO: 19-14223-AMC |
| | ) | |
| Debtor. | ) | |

### ORDER

Upon consideration of the Certification of Gary F. Seitz, (the "Trustee") Chapter 7 Trustee, of the Estate of Jammie M. Lyani (the "Debtor) of non-cooperation of the Debtor and request for a written order authorizing the Trustee to change the locks on the real estate located at 2328 Benson Street, Philadelphia ("Premises") and exclude the Debtor and her guests from the Premises, with due consideration having been given to the parties various positions at the hearing held on July 15, 2020, after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, that the Debtor and her guests must vacate the Premises immediately; it is further

ORDERED that the Trustee is specifically authorized to change the locks on the doors accessing the Premises; it is further

ORDERED that the Trustee may enlist the assistance and support of law enforcement authorities who are authorized and directed to enforce this order at any time deemed appropriate after 12:01 am on August 5, 2020 by (1) entering the Premises, and any and all structures and vehicles located thereon, (2) evicting any unauthorized persons from all locations at the Premises, including but not limited to, the structures, the vehicles and the grounds, and (3) using force as necessary to accomplish this mission, including arrest; and it is further

ORDERED that when the law enforcement authorities conclude that all unauthorized persons and entities have vacated, or been evicted from the Premises, they shall relinquish full and complete

possession and custody of the Premises, and any personal property found thereon, to the Trustee, and it is further

ORDERED that, should the Debtor, or any person acting on her behalf, or in concert with her, or residing thereon, either fail to vacate and depart from the Premises by August 5, 2020 at 12:01 a.m. or attempt to enter onto the Premises after that date and time, that person shall be found in contempt of this Court.

Dated: **August 4, 2020**

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE